UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEAN A. BRENAN,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                Defendant. | No.  CV-07-0215-JPH<br><br>ORDER GRANTING STIPULATION<br>TO REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 19). The parties have filed a consent to proceed before a magistrate judge. (Ct. Rec. 6).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge ("ALJ") will: (1) conduct a new hearing, further develop the record, and issue a new decision; (2) reevaluate the medical opinions of record; specifically, the opinions of W. Scott Mabee, Ph.D., and John Arnold, Ph.D.; (3) obtain a consultative mental status examination and obtain

ORDER GRANTING STIPULATION TO REMAND - 1

evidence from a medical expert; (4) reevaluate Plaintiff's limitations with and without substance abuse; (5) reassess Plaintiff's RFC; and (6) reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert if necessary.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties' Stipulation for Remand (**Ct. Rec. 19**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

**IT IS SO ORDERED.**

**DATED** this ___19th___ day of February, 2008.

                                      *S/James P. Hutton*
                                      JAMES P. HUTTON
                            UNITED STATES MAGISTRATE JUDGE

