1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   SEAN  BRENAN,                          )
                                           )
6                Plaintiff,                )
                                           )        NO.  CV-07-0215-JPH
7        vs.                               )
                                           )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                     )        **CIVIL CASE**
    Commissioner of Social Security,       )
9                                          )
                 Defendant.                )
10                                         )
                                           )
11  _____)

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14  sentence four of 42 U.S.C. § 405(g).

15          **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 19th day of February, 2008.

20                                          JAMES R. LARSEN
                                            District Court Executive/Clerk
21

22

23                                          by:    s/Pamela A. Howard
                                                   Deputy Clerk
24

25

26  cc: all counsel